UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA JEWETT,<br><br>     Plaintiff,<br><br>  v.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>     Defendant. | 23 Civ. 9681 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **February 6, 2024**, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **February 13, 2024, at 11:00 a.m. EST**. *See* ECF No. 5. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: February 7, 2024
   New York, New York

                           */s/ Dale E. Ho*
                            DALE E. HO
                           United States District Judge