IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Joshua Jewett**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**Premium Merchant Funding One, LLC,**<br><br>*Defendant.* | Case No. 1:23-cv-09681(DEH) |

## NOTICE OF SETTLEMENT

Plaintiff Jewett hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

Dated: June 28, 2024    Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Classes*