IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Joshua Jewett**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**Premium Merchant Funding One, LLC,**<br><br>*Defendant.* | Case No. 1:23-cv-09681(DEH) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jewett and Defendant Premium Merchant Funding One, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: August 30, 2024        Respectfully submitted,

SO ORDERED.

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Dale E. Ho
United States District Judge
Dated: September 3, 2024
New York, New York

*Attorney for Plaintiff and the putative Classes*

HOLLAND AND KNIGHT, LLP

*/s/ Jonathan Marmo*
Jonathan Marmo (NYS 4239323)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone 215.252.9568
Fax 215.867.6070
jonathan.marmo@hklaw.com

*Counsel for Defendant*